UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JAMES ANTHONY LYONS** | **CIVIL ACTION NO. 22-1334** |
| | |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| | |
| **RIVER BEND DETENTION CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 11] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that—with the exception of Plaintiff James Anthony Lyons's excessive force claim against Correctional Officer Taylor and claims of constitutionally inadequate medical care against Correctional Officer Taylor and Correctional Officer Rentals—Plaintiff's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request for habeas corpus relief is **DISMISSED WITHOUT PREJUDICE** to his right to pursue the relief in a separate habeas corpus proceeding after he exhausts all his state remedies.

MONROE, LOUISIANA, this 12th day of September, 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE