UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JAMES ANTHONY LYONS** | **CIV. ACTION NO. 3:22-01334** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **RIVER BEND DETENTION CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 42] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for Failure to Prosecute filed by Defendants Wydette Williams, Warden Johnny Hedgemon, Officer Taylor, and Officer Rentals (collectively, "Defendants") [Doc. No. 40] is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff James Anthony Lyons' Complaint [Doc. No. 5] is **DISMISSED WITH PREJUDICE,** in its entirety.

MONROE, Louisiana, this 20th day of May 2024.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**